MARI T. SAIGAL (SBN 318556)
*Mari.Saigal@mto.com*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-3426
Tel: (213) 683-9100
Fax: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to<br><br>CLOUDFLARE, INC. | Case Number: 2:20-mc-00312<br><br>**DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Jan van Voorn, the undersigned, declare that:

1. I am Executive Vice President and Chief of Global Content Protection for the Motion Picture Association, Inc., on behalf of Amazon Content Services LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., and Universal City Studios Productions LLLP ("ACE Members") members of the Alliance for Creativity and Entertainment ("ACE"), a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy.  The ACE Members, whether themselves or through

subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

2.  The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the websites listed in the attached **Exhibit A**.

3.  The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Redondo Beach, California, on November 17, 2020.



Jan van Voorn

**EXHIBIT A**

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| 0123movie.net | Dolittle | https://ww4.0123movie.net/movie/dolittle-100331.html | Beautiful Boy | https://ww4.0123movie.net/movie/beautiful-boy-27433.html |
| 0123movies.com | Frozen II | https://www9.0123movies.com/movies-frozen-ii-2019-0123movies.html | Beautiful Boy | https://www9.0123movies.com/movies-beautiful-boy-2018-0123movies.html |
| 123movies.net | Frozen II | http://123movies.net/watch/zGe0253x-frozen-2.html | Beautiful Boy | http://123movies.net/watch/Xvjy6lnd-beautiful-boy-2018.html |
| 123moviesfree.com | Frozen II | http://www13.123moviesfree.com/watch/frozen-ii-2019-online-free-123movies.html | 50 First Dates | http://www13.123moviesfree.com/watch/50-first-dates-2004-online-free-123movies.html |
| 123movies-free.sc | Frozen II | https:// 123movies-free.sc/mov/frozen-ii-2019/ | Beautiful Boy | https:// 123movies-free.sc/mov/beautiful-boy-2018/ |
| azm.to | Frozen II | https://azm.to/movie/frozen-ii | Beautiful Boy | https://azm.to/movie/beautiful-boy |
| cpasmal.info | Dolittle | https://wvw.cpasmal.info/5851-le-voyage-du-dr-dolittle.html | Beautiful Boy | https://wvw.cpasmal.info/1364-my-beautiful-boy.html |
| ethor.net | Last Flag Flying | https://ethor.net/dp#/details.php?id=369300 | 10 Cloverfield Lane | https://ethor.net/dp#/details.php?id=439890 |
| eurostreaming.name | Grey's Anatomy Season 7 Episode 11 | https://eurostreaming.name/grey-s-anatomy-episodi/ | The Romanoffs Season 1 Episode 1 | https://eurostreaming.name/the-romanoffs/ |

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| eurostreamingtv.com | Grey's Anatomy Season 7 Episode 11 | https://ww2.eurostreamingtv.com/greys-anatomy-links/ | The Romanoffs Season 1 Episode 1 | https://ww2.eurostreamingtv.com/the-romanoffs-1/ |
| filmpalast.to | Dolittle | https://filmpalast.to/stream/dolittle-english | Frozen II | https://filmpalast.to/stream/die-eiskonigin-2 |
| goldesel.to | Dolittle | https://goldesel.to/filme/x264/408600-die-fantastische-reise-des-dr-dolittle-2020-german-ld-bdrip-x264-prd | Beautiful Boy | https://goldesel.to/filme/1080p/392286-beautiful-boy-2018-german-dl-1080p-bluray-x264-encounters |
| hdfilme.cx | Frozen II | https://hdfilme.cx/filme1/die-eiskonigin-2-13605-stream | Beautiful Boy | https://hdfilme.cx/filme1/beautiful-boy-12550-stream |
| hdfull.io | Frozen II | https://hdfull.io/pelicula/frozen-ii | Beautiful Boy | https://hdfull.io/pelicula/beautiful-boy |
| hd-streams.org | Dolittle | https://hd-streams.org/movies/die-fantastische-reise-des-dr-dolittle-2020 | Frozen II | https://hd-streams.org/movies/die-eiskonigin-2-2019 |
| knaben.net | Beautiful Boy | https://knaben.net/s/keepgoing.php?url=/torrent/28186922/Beautiful.Boy.2018.HDRip.AC3.X264-CMRG | Frozen II | https://knaben.net/s/keepgoing.php?url=/torrent/36054941/Frozen.II.2019.1080p.BluRay.x264.AAC5.1 |
| magnetdl.com | Frozen II | https://www.magnetdl.com/file/4495427/frozen-ii-2019.1080p.dsnp-.web-dl.hin-multi.aac.2.0.h264-telly/ | Beautiful Boy | https://www.magnetdl.com/file/4062640/beautiful.boy.2018.2160p.web-rip.hdr.ddp5.1.hevc-ddr-ethd/ |
| mejortorrentt.net | Frozen II | http://www.mejortorrentt.net/peli-descargar-torrent-21774-Frozen-II.html | Dolittle | http://www.mejortorrentt.net/peli-descargar-torrent-21906-Las-aventuras-del-Doctor-Dolittle.html |
| movidy.co | Frozen II | https://movidy.co/peliculas/p330457-ver-frozen-2-online | Beautiful Boy | https://movidy.co/peliculas/p451915-ver-beautiful-boy-online |

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| pctmix.com | Frozen II | https://pctmix.com/descargar/peliculas-castellano/frozen-ii-2020-/blurayrip-ac3-5-1/pctnew-org | Dolittle | https://pctmix.com/descargar/peliculas-castellano/las-aventuras-del-doctor-dolittle-2020-/blurayrip-ac3-5-1/ |
| pelismart.com | Frozen II | https://pelismart.com/pelicula-frozen-2-online/ | Beautiful Boy | https://pelismart.com/beautiful-boy-siempre-seras-mi-hijo/ |
| tekilaz.co | Frozen II | https://tekilaz.co/movies/frozen-ii-a1/ | Beautiful Boy | https://tekilaz.co/movies/beautiful-boy-siempre-seras-mi-hijo/ |
| rarbgmirror.com | Frozen II | https://rarbgmirror.com/torrent/8rkf236 | Beautiful Boy | https://rarbgmirror.com/torrent/z2toxrd |
| repelishd.tv | Frozen II | https://repelishd.tv/pelicula/frozen-2-online-7kxrwa/ | Beautiful Boy | https://repelishd.tv/pelicula/ver-beautiful-boy-online-espanol/ |
| seriesflix.to | Grey's Anatomy Season 7 Episode 11 | https://seriesflix.to/episodio/anatomia-de-grey-7x11/ | How to Get Away with Murder: Season 5 Episode 11 | https://seriesflix.to/episodio/como-defender-a-un-asesino-5x11-online-gratis/ |
| tirexo.pro | Dolittle | https://www.tirexo.pro/films-gratuit/533243-le-voyage-du-dr-dolittle-WEB-DL%201080p-VOSTFR.html | Beautiful Boy | https://www.tirexo.pro/films-gratuit/462729-my-beautiful-boy-WEB-DL%201080p-French.html |
| topstreamfilm.com | Frozen II | https://topstreamfilm.com/die-eiskoenigin-2-stream-6 | Charlie's Angels (2019) | https://topstreamfilm.com/3-engel-fuer-charlie |
| torrentdownloads.me | Frozen II | https://www.torrentdownloads.me/torrent/1668932748/Frozen-II-2019-MULTI-BDRIP-1080p-X264-AAC-MINION | Beautiful Boy | https://www.torrentdownloads.me/torrent/1668848969/Beautiful-Boy-2018-1080p-x264-%5BExYu-Subs%5D-mp4 |
| vidcorn.tv | Frozen II | https://vidcorn.tv/pelicula/ver-frozen-2 | Beautiful Boy | https://vidcorn.tv/pelicula/ver-beautiful-boy |

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| videospider.stream | Frozen II | https://videospider.stream/personal?key=y6X31ZjijQuMHntX&video_id=tt4520988 | Beautiful Boy | https://videospider.stream/personal?key=y6X31ZjijQuMHntX&video_id=tt4520988 |
| vumoo.to | Frozen II | http://vumoo.to/movies/frozen-2-2019 | Beautiful Boy | http://vumoo.to/movies/beautiful-boy-2018 |
| yesmovies.so | Frozen II | https://www1.yesmovies.so/film/frozen-ii/watching.html | Beautiful Boy | https://www1.yesmovies.so/film/beautiful-boy/watching.html |
| zone-annuaire.top | Frozen II | https://zone-annuaire.top/?p=film&id=14970-la-reine-des-neiges-II | Dolittle | https:// zone-annuaire.top/?p=film&id=15820-le-voyage-du-dr-dolittle |